UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
**************************************

MICHELLE MOLT,

               Plaintiff,

         v.

ACT

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
**************************************

Civil Action
No. 05-CV-0418

CONSENT ORDER AWARDING
ATTORNEY'S FEES UNDER THE
EQUAL ACCESS TO JUSTICE

(EAJA), 28 U.S.C. § 2412(d)

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the

parties in the above-titled action that plaintiff be awarded attorney fees under the Equal Access to

Justice Act (EAJA)(28 U.S.C. § 2412) in the amount of one thousand three hundred fifty dollars

($1,350.00)  plus expenses in the amount of thirteen dollars and ninety-five cents ($13.95).

Such award is made in full satisfaction of her claim for attorney fees pursuant to the EAJA.

It is further agreed that payment of fees will be made directly to plaintiff's attorney,

Thomas C. Erwin pursuant to a valid assignment of EAJA fees contained in the Federal Court fee

agreement between Mr. Erwin and his client, Ms. Michelle Molt.

AND, the Court having reviewed the record in this matter;

IT IS on this      day of February, 2010;

ORDERED that plaintiff be awarded fees under EAJA in the amount $1,350.00 plus

expenses in the amount of $13.95.


IT IS SO ORDERED:

Neal P. McCurn
U.S. District Judge
Dated: February 25, 2010
        Syracuse, NY

The undersigned hereby consent to the form and entry of the within order.


Richard S. Hartunian
United States Attorney

By: s/ Susan Reiss
    Susan Reiss
    Special Assistant U.S. Attorney
    Attorney Bar Number 513984
    c/o Social Security Administration
    Office of General Counsel
    26 Federal Plaza. Room 3904
    New York, NY 10278-0004
    (212) 264-3650, ext. 215
    susan.reiss@ssa.gov

s/ Thomas C. Erwin
    Thomas C. Erwin
    Erwin McCane Law Firm
    23 Elk Steet

2

Albany, NY   12207