# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

_____

**MICHELLE MOLT**

     vs.                                      **CASE NUMBER: 1:05-cv-418**
                                                                       **(NPM/VEB)**

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Victor E. Bianchini is hereby adopted in its entirety. The Commissioner's decision denying disability and SSI benefits is REMANDED for further administrative proceedings in accordance with Sentence 4 of 42 U.S.C. § 405(g). This action is hereby closed.

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of one thousand three hundred and fifty dollars ($1,350.00) plus thirteen dollars and ninety-five cents ($13.95) in expenses.

All of the above pursuant to the Orders of the Honorable Senior United States District Judge Neal P. McCurn, dated the 28th day of December, 2009, and the 26th day of February, 2010.

DATED: February 26, 2010

*[signature]*
Clerk of Court

                                            s/ Melissa Ennis
                                            Melissa Ennis
                                            Deputy Clerk